# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| HOME PRODUCTS INTERNATIONAL–NORTH AMERICA, INC. | 2:19–mc–00198–UA |
| Plaintiff(s), | |
| v. | |
| MICHEL BUCHBUT, et al. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/13/2020__

Document Number(s):   __5, 6, 7__

Title of Document(s):   __Abstracts of Judgment__

**ERROR(S) WITH DOCUMENT:**

Abstracts of Judgment need to be submitted manually for issuance at the Civil Intake window at the clerk's office

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __January 14, 2020__      By:  __/s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov__
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.