# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME PRODUCTS INTERNATIONAL N.A., INC. | CASE NUMBER |
| PLAINTIFF(S) | 2:20-cv-00452 VAP |
| v.<br>MICHEL BUCHBUT, et al | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 1/13/20 | 5, 6, 7 | Abstract of Judgment |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Documents STRICKEN.  Moving party to file manually.

Clerk, U.S. District Court

Dated: January 17, 2020

By: *Beatrice Herrera, Deputy Clerk*

Deputy Clerk  (213) 894-3480

cc: Assigned District Judge and/or Magistrate Judge