JS-6



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Home Products International-North America, Inc, a DE Corp,<br><br>          Plaintiff,<br><br>v.<br><br>Michel Buchbut, Best Plastico LLC, et. Al.<br><br>          Defendant(s). | Case No.  2:20-cv-00452 VAP<br>           CV 2:19-mc-00198<br><br>ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[Rule 4(c), Fed. R. Civ. P.; Local Rules 19.2 and 19.3]<br><br>[No Hearing Required] |

    Having considered the request of Home Products North America Inc, (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District Court for the Central District of California, to designate Win-Win ALSSI, Inc, a registered CA Process serving company, whose address is 3111 Burbank Blvd #204, Burbank CA 91501, as an authorized and specially appointed process server in this action; and

Having considered Creditor's request that the Court authorize ABC to serve any Writs of Attachment and Writs of Execution and other judgment enforcement; and

Having considered Creditor's request that the U.S. Marshall's Office remain the Levying Officer.

---

REQUEST AND ORDER GRANTING APPOINTMENT TO SERVE PROCESS

HP v Buchbut                                                                                                                            Page 1

1

2  IT IS HEREBY ORDERED THAT Creditors request is granted. Win-Win ALSSI, Inc. is

3  appointed to serve any Writs of Attachment and Writs of Execution and other

4  judgment enforcement items necessary in this action. It is further ordered that the

5  U.S. Marshall's Office shall remain the Levying Officer.

6

7

8  DATED: January 23, 2020              _____

9                                        VIRIGINA A. PHILLIPS,

10                                       CHIEF U. S. DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28